FILED
CHARLOTTE, NC
JUN 20 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:19CR63 |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violation: |
| JOSEPH CECIL VANDEVERE ) | 18 U.S.C. § 875(c) |
| a/k/a "DaDUTCHMAN5" ) | |
| a/k/a "Da Dutchman" ) | |
| a/k/a "Bob Smith" ) | |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 13, 2018, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

**JOSEPH CECIL VANDEVERE,**

a/k/a/ "DaDUTCHMAN5"

a/k/a/ "Da Dutchman"

a/k/a "Bob Smith"

knowingly and willfully did transmit in interstate commerce, a communication, that is a Twitter Tweet, and that communication contained a threat to injure Q.R., in that it contained a picture of a lynching and stated "HI PEDOPHILE PROPHET MUHAMMAD CUBE WORSHIPPING INBRED MUSLIM SCUM LETS MEET

1

SO YOU CAN RUN THAT COWARD MOUTH TO MY FACE ..
PLEASE.... VIEW YOUR DESTINY."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY