AO 442 (Rev. 11/11) Arrest Warrant
FILED
ASHEVILLE, N.C.
JUL 03 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

United States of America
v.
Joseph Cecil Vandevere
a/k/a/ "DaDUTCHMAN5"
a/k/a/ "Da Dutchman"
a/k/a "Bob Smith"

      Defendant

Case No. 1:19cr63

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joseph Cecil Vandevere,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and willfully did transmit in interstate commerce, a communication, that is a Twitter Tweet, and that communication contained a threat to injure and kill.

Date: 6/21/2019

City and state: Asheville, NC

*Issuing officer's signature* — Frank D. Johns

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-24-19, and the person was arrested on *(date)* 7-3-19
at *(city and state)* _____

Date: 7-3-19

*Arresting officer's signature*

Corey Zachman, Special Agent
*Printed name and title*