UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOSEPH CECIL VANDEVERE <br> a/k/a "DaDUTCHMAN5" <br> a/k/a "Da Dutchman" <br> a/k/a "Bob Smith" | DOCKET NO. 1:19CR63 <br><br> SUPERSEDING <br> BILL OF INDICTMENT <br><br> Violation: <br> 18 U.S.C. § 875(c) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 13, 2018, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

**JOSEPH CECIL VANDEVERE,**

a/k/a/ "DaDUTCHMAN5"

a/k/a/ "Da Dutchman"

a/k/a "Bob Smith"

knowingly and willfully did transmit in interstate commerce, a communication, that is a Twitter Tweet, and that communication contained a threat to injure Q.R., in that it contained a picture of a lynching and stated "HI PEDOPHILE PROPHET MUHAMMAD CUBE WORSHIPPING INBRED MUSLIM SCUM LETS MEET

1

SO YOU CAN RUN THAT COWARD MOUTH TO MY FACE ..

PLEASE…VIEW YOUR DESTINY."

The defendant transmitted this communication for the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat.

All in violation of Title 18, United States Code, Section 875(c).

**NAME REDACTED**

A TRUE BILL:

GRAND JURY FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY