UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

NO. 1:19CR63

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEPH C. VANDEVERE, JR. | ) |
| | ) |

**MOTION TO CONTINUE**

COMES NOW the defendant, by and through the undersigned counsel who does hereby move this Court to continue this case from the October 7, 2019 trial term and in support thereof does offer the following:

1. Counsel for the defendant herein is currently representing a sitting state court judicial official who is the subject of a proceeding before the North Carolina Judicial Standards Commission. Said proceeding is captioned as *In Re: Inquiry Concerning a Judge, No. 18-193.*

2. That the hearing of this matter is set during the week of October 7, 2019.

3. That Counsel expects the matter to be heard in Raleigh, North Carolina during that week and that this matter has been pending a hearing for some time. Counsel and his client are anxious to proceed with the hearing.

4. That if Counsel is required to move to continue the hearing before the Judicial Standards Commission, that Counsel is advised that the next available session may not be until February of 2020.

5. Counsel does not make this motion for the purpose of unnecessary delay of this matter or for any other improper purpose.

6. Counsel has consulted with the assigned Assistant United States Attorney who advises that he does not object to a continuance of this matter.

WHEREFORE, the defendant hereby requests that this matter be continued from the October 7, 2019 trial term.

Respectfully submitted this the 16th day of September, 2019.

> DEVEREUX & BANZHOFF, PLLC
> The Jackson Building
> 22 South Pack Square Suite 1100
> Asheville, North Carolina 28801
> (828) 285-9455
> (828) 285-9457(fax)
>
> by:   s/Andrew B. Banzhoff
>       Andrew B. Banzhoff
>       N.C. State Bar # 26432
>       abanzhoff@dblawoffices.com

# **CERTIFICATE OF SERVICE**

 THIS IS TO CERTIFY that the foregoing document was served on the United States Attorney's office by leaving a copy of said document at counsel=s office with a responsible employee therein, by hand delivery or by depositing a copy of the same with the U.S. Postal Service, first-class postage prepaid, or by service through the ECF system to the addressee below:

David.thornloe@usdoj.gov

 This the 16th day of September, 2019.

            s/ Andrew B. Banzhoff
            Andrew B. Banzhoff