UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA　　）| DOCKET NO.　1:19CR63 |
| 　　　　　　　　　　　　　　）| |
| 　　　　　　　　　　　　　　）| GOVERNMENT'S EXHIBIT LIST |
| v.　　　　　　　　　）| |
| 　　　　　　　　　　　　　　）| |
| JOSEPH CECIL VANDEVERE　）| |
| a/k/a "DaDUTCHMAN5"　　）| |
| a/k/a "Da Dutchman"　　　）| |
| a/k/a "Bob Smith"　　　　）| |

_____

| EXH. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 1 | Screenshot of Facebook threat against Jewish Synagogue (Rabbi Jacobs) | | | | | | |
| 2 | Facebook emergency disclosure subscriber business records (Bob Smith Account) | | | | | | |
| 3 | Facebook emergency disclosure business records affidavit (Bob Smith Account) | | | | | | |
| 4 | Redacted Twitter threat with lynching photo | | | | | | |
| 5 | Facebook business records CD (Bob Smith Account) | | | | | | |
| 5A | Facebook record, page 3 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5B | Facebook record, page 138 | | | | | | |
| 5C | Facebook record, pages 144-145 | | | | | | |
| 5D | Facebook record, page 147-148 | | | | | | |
| 5E | Facebook record, page 150 | | | | | | |
| 5F | Facebook record, page 218 | | | | | | |
| 5G | Facebook record, page 306 | | | | | | |
| 5H | Facebook record, page 307 | | | | | | |
| 5I | Facebook record, page 308 | | | | | | |
| 5J | Facebook record, page 319 | | | | | | |
| 5K | Facebook record, page 633 | | | | | | |
| 5L | Facebook record, page 645 | | | | | | |
| 5M | Facebook record, page 646 | | | | | | |
| 5N | Facebook record, page 648 | | | | | | |
| 6 | Facebook business records affidavit (Bob Smith Account) | | | | | | |
| 7 | Twitter business records CD | | | | | | |
| 7A | Twitter exhibit account info. | | | | | | |
| 7B | Twitter exhibit Phone Number | | | | | | |
| 7C | Twitter exhibit IP Address | | | | | | |
| 7D | Twitter exhibit Tweet NC Mountains | | | | | | |
| 7E | Twitter exhibit Tweet @MuslimIQ on 3/21/18 at 1537 | | | | | | |
| 7F | Twitter exhibit Tweet @MuslimIQ on 3/21/18 at 1538 | | | | | | |
| 7G | Twitter exhibit Tweet @MuslimIQ on 3/21/18 at 1759 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7H | Twitter exhibit Tweet @MuslimIQ on 3/21/18 at 1909 | | | | | | |
| 7I | Twitter exhibit Twitter lynching photo #1 | | | | | | |
| 7J | Twitter exhibit Twitter lynching photo #2 | | | | | | |
| 8 | Twitter business record affidavit | | | | | | |
| 9 | Video of Defendant's interview | | | | | | |
| 9A | Transcript of interview | | | | | | |
| 9B | Interview synchronized with transcript | | | | | | |
| 10 | Seized Hewlett Packard desktop computer | | | | | | |
| 11 | "PRob and 334 other like a Tweet you were mentioned in.docx" | | | | | | |
| 12 | "WAKE UP SLEEPING SLAVES b17 (2).docx" | | | | | | |
| 13 | Tweet with threat to QR | | | | | | |
| 14 | Charter Communications Subscriber Information Record | | | | | | |
| 15 | Charter Communications Affidavit | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |

/S/ DAVID A. THORNELOE
Assistant U.S. Attorney