UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cr-00063-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | VERDICT |
| ) | |
| JOSEPH CECIL VANDEVERE, ) | |
| ) | |
| Defendant. ) | |

1. As to Count One of the Bill of Indictment, we find the defendant **JOSEPH CECIL VANDEVERE**

　　　　__X__ GUILTY　　　　_____ NOT GUILTY.

**SO SAY WE ALL,**

THIS __6__ DAY OF __December__, 2018.

\*\*Name Redacted\*\*

**JURY FOREPERSON**