# U.S. PROBATION OFFICE
# WESTERN DISTRICT OF NORTH CAROLINA

## Presentence Interview and Defendant Documentation

| JOSEPH C. VANDEVERE, JR. | 1:19CR63 |
|---|---|
| Defendant | Docket Number |

Please note below if a presentence interview is requested.

*(Presentence interviews will not be conducted for Illegal Reentry cases nor for defendants who have previously had a federal presentence report completed.)*

☑ Yes, the defendant requests a presentence interview.

☐ No, the defendant does not want a presentence interview.

Within twenty-one (21) days following entry of a guilty plea or finding of guilt, you are required to complete and submit to the U.S. Probation Office the following forms:

- Authorization to Release Information
- Personal and Family History form
- Declaration of Defendant or Offender Net Worth & Cash Flow Statements
- Acceptance of Responsibility form

The above forms can be accessed from the NCW U.S. Probation's website at

> www.ncwp.uscourts.gov
> Presentence Investigation
> Presentence Documents and Forms
> Plea Forms

By signing below, defense counsel confirms the presentence interview preference and agrees to provide all four (4) forms to the U.S. Probation Office within twenty-one (21) days of a guilty plea or finding of guilt.

_____          12/10/19
Signature of Defense Counsel                Date