UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19CR63 |
| | ) | |
| | ) | GOVERNMENT'S MOTION |
| v. | ) | TO EXTEND TIME TO |
| | ) | FILE OBJECTIONS TO THE |
| JOSEPH CECIL VANDEVERE | ) | PRESENTENCE INVESTIGAION |
| _____ | ) | REPORT |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and moves to extend the deadline for the Government's responses to Defendant's draft Presentence Investigation Report (PSR) until February 19, 2020.

The Government's responses to the motions are due February 12, 2020. The United States seeks additional time to acquire records related to Defendant's military service history and to compute whether an additional enhancement may apply. Defense counsel has been consulted about this request and has no objection to the requested extension.

**RESPECTFULLY SUBMITTED**, this the 12th day of February, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

1

/S/ DAVID A. THORNELOE  
ASSISTANT UNITED STATES ATTORNEY  
NC Bar #54463  
U.S. Courthouse  
100 Otis Street, Room 233  
Asheville, NC 28801  
(828) 271-4661  
Email:david.thorneloe@usdoj.gov