# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cr-63-MOC-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) ORDER |
| JOSEPH CECIL VANDEVERE, | ) |
| Defendant. | ) |

This Order serves to amend the prior text order by this Court giving the Government until September 9, 2020, in which to respond to Defendant's Motion for Extension of Time to Report to BOP. This Court hereby amends the Government's response deadline from September 9, 2020, to September 4, 2020.

Signed: August 27, 2020

Max O. Cogburn Jr.
United States District Judge