UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cr-63-MOC-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOSEPH CECIL VANDEVERE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court following a motion by defendant to extend his reporting time to the BOP another 90 days due to the COVID-19 pandemic. (Doc. No. 73). The Government shall respond to this motion within ten days of entry of this Order.

**IT IS SO ORDERED**.

Signed: November 30, 2020

Max O. Cogburn Jr.
United States District Judge